JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIGNA, a Delaware corporation; and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut company,<br><br>　　　　　Defendants. | Case No. 2:20-cv-08287 SB (AFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 6, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge